**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

THOMAS PAUL WEST; GREGORY
DICKENS; CHARLES M. HEDLUND;
ROBERT W. MURRAY; THEODORE
WASHINGTON; TODD SMITH,
             *Plaintiffs-Appellants,*

         v.

JANICE K BREWER, Governor of
Arizona; CHARLES L. RYAN,
Director, Arizona Department of
Corrections; ERNEST TRUJILLO;
CARSON MCWILLIAMS, Warden,
Arizona Department of
Corrections- Florence; UNKNOWN
PARTIES, named as Does 1-50,
             *Defendants-Appellees.*

No. 11-16707

D.C. No.
2:11-cv-01409-
NVW
District of Arizona,
Phoenix

ORDER

Filed July 18, 2011

Before: Andrew J. Kleinfeld, Kim McLane Wardlaw, and
Consuelo M. Callahan, Circuit Judges.

Appellant Thomas Paul West's petition for panel rehearing
is **DENIED**.

9449